

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAIRO ESPINOZA, individually and on behalf
of others similarly situated,

        Plaintiff,

    -against-

BROADWAY PIZZA & RESTAURANT CORP.
(d/b/a BROADWAY PIZZA), MOHAMMED
BOURASS, RACHID BOURASS and HAKIM
CHANTIT,

        Defendants.

-------------------------------------------------------------X

Civ. No.: 17-cv-07995

**DEFENDANT RACHID BOURASS' NOTICE OF SUBSTITUTION OF COUNSEL**

        PLEASE TAKE NOTICE that the Defendant RACHID BOURASS in the above-captioned action hereby substitutes Andrew S. Hoffman, Hoffman & Associates, 450 Seventh Avenue, Ste. 1400, New York, New York, 10023, Telephone 212 679-0400, as its counsel of record in place of Noel P. Tripp and Heather C. Hili of Jackson Lewis P.C.

        All notices given or required to be given and all documents filed or served or required to be served in the above-captioned matter, should be provided to and served upon counsel at the address set forth below:

        Andrew S. Hoffmann, Esq.
        Hoffmann & Associates
        450 Seventh Avenue, Suite 1400
        New York, New York 10123
        212 679-0400 (phone)
        212 679-1080 (fax)
        Andrew.Hoffmann@HoffmannLegal.com

Date: August 6, 2018
Melville, New York

Respectfully submitted,

By: _____
Andrew S. Hoffmann, Esq.
Hoffmann & Associates
450 Seventh Avenue, Suite 1400
New York, New York 10123

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAIRO ESPINOZA, individually and on behalf
of others similarly situated,

                Plaintiff,

            -against-

BROADWAY PIZZA & RESTAURANT CORP.
(d/b/a BROADWAY PIZZA), MOHAMMED
BOURASS, RACHID BOURASS and HAKIM
CHANTIT,

                Defendants.

Civ. No.: 17-cv-07995

------------------------------------------------------------X

## AFFIDAVIT OF NOEL P. TRIPP IN SUPPORT OF DEFENDANT RACHID BOURASS' NOTICE OF SUBSTITUTION OF COUNSEL

NOEL P. TRIPP, under penalty of perjury, declares as follows:

1. I am a Principal with the law firm of Jackson Lewis P.C., current counsel for Defendant Rachid Bourass (hereinafter "Defendant") and an attorney admitted to practice in this Court. I submit this affidavit in support of Defendant's Notice of Substitution of Counsel, in accordance with Local Rule 1.4. All facts stated herein are based upon my own knowledge.

2. Substitution is being sought upon mutual agreement of withdrawing counsel, incoming counsel, and Defendant.

3. A stipulation providing for substitution of counsel executed by Defendant, Hoffman & Associates, and Jackson Lewis P.C. accompanies this affidavit.

4. Jackson Lewis P.C. has been representing Defendant in connection with the above-captioned matter as counsel of record.

5. Jackson Lewis P.C. is not asserting a retaining or charging lien.

6. An Answer to the Complaint has been filed and the case has been recommended for court-annexed mediation. Substitution of counsel at this time should not result in any unreasonable delay in the litigation or prejudice to the parties. Discovery in this action is in preliminary stages and no trial date has been set.

Dated: New York, New York
   August 6, 2018

_____
Noel P. Tripp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAIRO ESPINOZA, individually and on behalf
of others similarly situated,

                Plaintiff,

            -against-

BROADWAY PIZZA & RESTAURANT CORP.
(d/b/a BROADWAY PIZZA), MOHAMMED
BOURASS, RACHID BOURASS and HAKIM
CHANTIT,

                Defendants.

-----------------------------------------------------------X

Civ. No.: 17-cv-07995

**STIPULATION OF
SUBSTITUTION OF COUNSEL**

      It is hereby consented and agreed that Hoffman & Associates be and hereby is substituted as attorneys of record for Defendant Rachid Bourass, in the above-captioned action, in place and instead of Jackson Lewis P.C. as of the date hereof.

Date: August 6, 2018
      New York, New York

By: _____
    Noel P. Tripp, Esq.
    Heather C. Hili
    Jackson Lewis, P.C.
    58 South Service Road, Suite 250
    Melville, New York 11747

Date: 8/6/18

By: _____
    Andrew S. Hoffmann, Esq.
    Hoffmann & Associates
    450 Seventh Avenue, Suite 1400
    New York, New York 10123

Date: 8/13/18

By: _____
    Rachid Bourass

Date: 08/07/18

SO ORDERED

_____