**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN

TRAM D. LOPRESTO

October 29, 2018

**By ECF**
Hon. George B. Daniels
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

        Re:    Espinoza, et al. v. Broadway Pizza & Restaurant, et al.

            Index No. 17-cv-07995 (GBD)

Dear Judge Daniels,

    We represent defendants in the above-captioned matter and write jointly with plaintiffs to respectfully request the appointment of another mediator in this matter.

    This matter was previously assigned to Mediator Mike Lampert, who has now resigned from this case due to a miscommunication regarding scheduling issues with the parties. At the outset, we had advised plaintiffs' counsel and the Mediator that we recently took over this case from prior counsel, and that this case involved three (3) individual defendants – including one who has left the country and has no intention of returning, and one who is working in Europe until the end of the year – and thus there may sometimes be a slight delay in getting responses.

    The miscommunication with Mediator Lampert concerned a mediation date that Plaintiffs' counsel and our office thought had been confirmed for October 30, 2018. We wish to advise the Court that both parties wish to and are ready to proceed with a mediation in this matter and respectfully request that the Court appoint another mediator so that a new mediation date can be scheduled as soon as possible.

    Thank you in advance for your consideration.

2

      Very truly yours,

      <u>/s/Andrew S. Hoffmann</u>
      Andrew S. Hoffmann