USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JAIRO ESPINOZA, individually and on
behalf of others similarly situated,

                           Plaintiff,

              -against-

BROADWAY PIZZA & RESTAURANT CORP.,
d/b/a Broadway Pizza, et al.,

                           Defendants.

-------------------------------------------------------------------X

**ORDER**

**1:17-CV-7995 (GBD)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On January 28, 2020 the Court directed the parties to file a status letter on ECF advising the Court on the status of settlement negotiations and, if a settlement has not been reached, the number of days the parties anticipate needing for trial. The letter was due on February 11, 2020 and has not been filed. (Doc. No. 110.) The parties are directed to appear for a settlement conference on **March 2, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **If Plaintiff fails to appear, the undersigned will recommend that this action be dismissed for failure to prosecute.**

       SO ORDERED.

Dated: February 18, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge