UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JAIRO ESPINOZA, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

BROADWAY PIZZA & RESTAURANT CORP. d/b/a BROADWAY PIZZA, MOHAMMED BOURASS, RACHID BOURASS, and HAKIM CHANTIT,

Defendants.

------------------------------------- x

ORDER

17 Civ. 7995 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from February 26, 2020 to March 25, 2020 at 9:45 a.m.

Dated: New York, New York
February 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge