UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JAIRO ESPINOZA, *individually and on behalf of others* :
*similarly situated*, :
: 
                          Plaintiff, :    ORDER

-against- : 17 Civ. 7995 (GBD)

BROADWAY PIZZA & RESTAURANT CORP. d/b/a :
BROADWAY PIZZA, MOHAMMED BOURASS, :
RACHID BOURASS, and HAKIM CHANTIT, :

                         Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from March 25, 2020 to May 6, 2020 at 9:45 am.

Dated: New York, New York
      March 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge