UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JAIRO ESPINOZA et al.,

                              Plaintiffs,

       -against-

BROADWAY PIZZA & RESTAURANT CORP. et al.,

                             Defendants.
------------------------------------- x

ORDER

17 Civ. 7995 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 6, 2020 to July 15, 2020 at 9:45 am.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge