UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JAIRO ESPINOZA, *individually and on behalf of others similarly situated*,

                              Plaintiff,

                -against-

BROADWAY PIZZA & RESTAURANT CORP., *d/b/a Broadway Pizza* et al.,

                          Defendants.
------------------------------------- x

ORDER

17 Civ. 7995 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference is adjourned from July 15, 2020 to November 18, 2020 at 9:45 am.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge