**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

JAIRO ESPINOZA, et al.

                    Plaintiff,

      -against-

BROADWAY PIZZA & RESTAURANT
CORP. (D/B/A BROADWAY PIZZA), et al.,

                    Defendants.
-------------------------------------------------------------X

Case No. 1:17-cv-7995

**(PROPOSED) JUDGMENT**

WHEREAS on or about October 1, 2020, Defendants RACHID BOURASS, HAKIM CHANTIT (A.K.A. ABDELHAKIM CHANTIT), and HAMO INC. (d/b/a JERUSALEM RESTAURANT) extended to Plaintiff JAIRO ESPINOZA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of seven-thousand dollars and zero cents ($7,000.00), and whereas said Plaintiff accepted said offer on or about October 2, 2020,

JUDGMENT shall be entered in favor said Plaintiff against said Defendants in the amount of seven-thousand dollars and zero cents ($7,000.00).

Dated: New York, New York

       _____ , 2020.

                                                  _____
                                                  GEORGE B. DANIELS, U.S.D.J.