USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAIRO ESPINOZA, individually and on
behalf of others similarly situated,

                     Plaintiff,

            -against-

BROADWAY PIZZA & RESTAURANT CORP.,
d/b/a Broadway Pizza, et al.,

                     Defendants.

-----------------------------------------------------------------X

**ORDER**

1:17-CV-7995 (GBD) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 20, 2020 the Court directed counsel for the Defendants in this case to file a motion to withdraw as the representative for the remaining Defendants whom counsel has been unable to contact. The motion was supposed to be submitted by the end of October. Counsel for the Defendants are hereby ordered to file this motion to withdraw on ECF, or to file a letter stating that counsel has reconsidered and will continue to represent Defendants Mohammed Elhassani, Mokhtar Chantit, Broadway Pizza, and Little West Inc. by no later than **November 18, 2020**.

**SO ORDERED.**

                                               KATHARINE H. PARKER
                                               United States Magistrate Judge

 New York, New York
 Dated: November 4, 2020