**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAIRO ESPINOZA, *individually and on behalf of others similarly situated*,

         Plaintiff,

    -against-

BROADWAY PIZZA & RESTAURANT CORP., *d/b/a Broadway Pizza* et al.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

17 Civ. 7995 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

   The November 18, 2020 status conference is canceled, in light of this Court's referral to

Magistrate Judge Parker for General Pretrial.

Dated:  New York, New York
     November 12, 2020

            SO ORDERED.

            GEORGE B. DANIELS
            United States District Judge