UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAIRO ESPINOZA, individually and on
behalf of others similarly situated,

                      Plaintiff,

       -against-

BROADWAY PIZZA & RESTAURANT CORP.,
d/b/a Broadway Pizza, et al.,

                      Defendants.

-----------------------------------------------------------------X

**ORDER**

1:17-CV-7995 (GBD) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      To the extent Plaintiffs are seeking a default judgment against the remaining defendants, such motion shall be filed by **March 12, 2021**.  Further, the notice of the motion, supporting affidavits and exhibits shall all be served on the defendants.  Plaintiffs shall file an affidavit of service of the same with the Court.

      SO ORDERED.

Dated: February 24, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1