UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JARED ESPINOZA, *individually and on behalf of*
*others similarly situated,*

                      Plaintiff,

        -against-

BROADWAY PIZZA & RESTAURANT CORP.
d/b/a BROADWAY PIZZA, LITTLE WEST INC.
d/b/a BROADWAY PIZZA, DAFO CORP. d/b/a
BROADWAY PIZZA, MOHAMMED ELHASSANI,
ALI TIZINI, and MOKHTAR C. CHANTIT

------------------------------------x

ORDER

17 Civ. 7995 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

      This action having been commenced by the filing of a Complaint on October 17, 2017,

the filing of a Summons on October 18, 2017, and continued with the filing of the First Amended

Complaint on September 4, 2018, the filing of the Second Amended Complaint on February 28,

2019, and a copy of the Second Amended Complaint and Summons having been served

on Defendants Mohammed Elhassani and Broadway Pizza & Restaurant Corp. on March 20,

2019 through Andrew Sal Hoffman, attorney for defendants, and proof of service having been

filed on March 21, 2019 (ECF No. 81), on Defendant Dafo Corp. on March 22, 2019 via the

Secretary of State of New York, and proof of service having been filed on March 22, 2019 (ECF

No. 88), on Defendant Little West Inc. on March 22, 2019 via the Secretary of State of New

York, and proof of service having been filed on March 22, 2019 (ECF No. 90), on Defendant Ali

Tizini on March 28, 2019 through Hakim Chantit, a co-worker, and proof of service having been

filed on April 1, 2019 (ECF No. 92), on Defendant Mokhtar C. Chantit on March 28, 2019

through Gonzalez Doe, a co-worker, and proof of service having been filed on April 1, 2019

(ECF No. 93), and Defendants having failed to answer, appear, or otherwise move with respect to

the Second Amended Complaint, and the time for appearing, answering, or moving having expired, it
is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment against

Defendants Mohammed Elhassani, Broadway Pizza & Restaurant Corp., Dafo Corp., Little West

Inc., Mokhtar C. Chantit, and Ali Tizini.

This matter is REFERRED to Magistrate Judge Katharine H. Parker for an inquest on
damages.


Dated: New York, New York
       April 19, 2021

                                        SO ORDERED.


                                        _George B. Daniels_

                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE