UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JARED ESPINOZA, *individually and on behalf of others similarly situated*,

                        Plaintiff,

-against-

BROADWAY PIZZA & RESTAURANT CORP. d/b/a BROADWAY PIZZA, LITTLE WEST INC. d/b/a BROADWAY PIZZA, DAFO CORP. d/b/a BROADWAY PIZZA, MOHAMMED ELHASSANI, ALI TIZINI, and MOKHTAR C. CHANTIT,

                        Defendants.

---------------------------------------------------------------X

**ORDER**

**17-CV-7995 (GBD) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On April 20, 2021 the Court issued an Inquest Scheduling Order pursuant to which Plaintiff was directed to serve a copy of the Default Judgment issued in this matter (ECF No. 169), a copy of the Inquest Scheduling Order, and Plaintiff's materials on the damages application via a method intended to ensure delivery to the defaulting Defendants. Having reviewed the docket, Plaintiff has failed to file an affidavit of service to this effect. Plaintiff must serve these documents on the defaulting Defendants as soon as possible and must file an affidavit of service by no later than **June 16, 2021**.

      **SO ORDERED.**

Dated: June 2, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge