UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAIRO ESPINOZA, individually and on behalf
of others similarly situated,

                Plaintiff,

-against-

BROADWAY PIZZA & RESTAURANT CORP.,
individually d/b/a BROADWAY PIZZA, LITTLE
WEST INC., individually d/b/a BROADWAY
PIZZA, MOHAMMED ELHASSANI, ALI
TIZINI (A.K.A. ABDOUL TEZINI), and
MOKHTAR C. CHANTIT,
                Defendants.
-------------------------------------------------------------X

17 CIVIL 7995 (GBD)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 31, 2022, Magistrate Judge Parker's Report is ADOPTED in its entirety. Final judgment shall is entered ordering Defendants to pay Plaintiff: (1) $162,610.58 in compensatory damages, (2) $162,610.58 in liquidated damages, (3) $40.00 in tools of the trade damages, (4) $10,000 in statutory damages, (5) prejudgment interest at a rate of 9% on $162.610.58 per year as applied from December 13, 2014 to the date of entry of judgment, in the amount of $106,855.20, (6) post-judgment interest, calculated from the date the Clerk of Court enters judgment in this action until the date of payment, pursuant to 28 U.S.C. §1961, (7) $10,070.00 in attorneys' fees, and (8) $917.60 in costs.

**Dated:**  New York, New York
         March 31, 2022

                                                    **RUBY J. KRAJICK**

                                                        Clerk of Court

                        BY:

                                                         Deputy Clerk